UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 18-32798
John B Ruud )
 )  Chapter: 7
 )  Honorable Janet S. Baer
 )
 )  Kane
 )
Debtor(s) )

**ORDER EXTENDING TIME TO FILE REAFFIRMATION AGREEMENT**

THIS MATTER coming to be heard on the Debtor's MOTION TO EXTEND TIME TO FILE REAFFIRMATION AGREEMENT, the Court having jurisdiction, and due notice having been given to all parties in interest;

IT IS HEREBY ORDERED THAT:

1) The Debtor's motion to extend time to file a reaffirmation agreement is hereby granted as set forth herein.

2) The entry of the Debtor's discharge is delayed until 4/5/2019.

Enter:  /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: March 15, 2019

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600